**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS (EAST ST LOUIS)**

| | |
|---|---|
| IN RE:<br><br>MATTHEW BRANDON BOHNENSTIEHL<br>AKA MATTHEW B BOHNENSTIEHL<br>AKA MATTHEW BOHNENSTIEHL<br>AKA MATT BOHNENSTIEHL<br>Debtor,<br><br>U.S. BANK NATIONAL ASSOCIATION<br>Movant,<br><br>MATTHEW BRANDON BOHNENSTIEHL<br>AKA MATTHEW B BOHNENSTIEHL<br>AKA MATTHEW BOHNENSTIEHL<br>AKA MATT BOHNENSTIEHL, DEBTOR,<br>RUSSELL C SIMON, CHAPTER 13<br>TRUSTEE,<br>Respondents. | Case No.  21-30123-lkg<br><br>Chapter 13<br><br>Judge Laura K. Grandy |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**NOW COMES** U.S. Bank National Association (hereinafter "Movant"), by and through its attorneys, CODILIS & ASSOCIATES, P.C. and moves this Honorable Court pursuant to 11 U.S.C. §362(d)  for an Order granting Creditor relief from the automatic stay  with respect to certain real property of the Debtor(s) having an address of 607 W Washington St., O Fallon, Illinois 62269 (the "Property").  In further support of this motion, Movant respectfully states:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and venue is fixed in this Court pursuant to 28 U.S.C. §1409;

2. Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 2/25/2021;

3. The Debtor has executed and delivered or is otherwise obligated with respect to that certain promissory Note executed on 10/16/2014.  The Movant is an entity entitled to enforce the Note;

4. Pursuant to that certain Mortgage, recorded with the Recorder of Deeds of St. Clair County Illinois as Document No. A02430239, all obligations (collectively, the "Obligations") of the Debtor under and with respect to the Note and the Mortgage are secured by the Property (see attached);

5. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code;

6. On information and belief, the following persons may have an interest in the subject property: Matthew Brandon Bohnenstiehl aka Matthew B Bohnenstiehl aka Matthew Bohnenstiehl aka Matt Bohnenstiehl, Debtor, and Russell C Simon , Chapter 13 Trustee;

7. As of 5/16/2022, the estimated amount currently due Movant, on account of said note and mortgage is $76,132.65 and includes:

| | |
|---|---:|
| Unpaid Principal Balance | $74,092.46 |
| Accrued Interest from 12/1/21 to 5/16/22 | $1,271.88 |
| Escrow Advance | $1,244.14 |
| Pro Rata MIP/PMI | $79.17 |
| Total-Fees | $45.00 |
| Suspense Balance | ($600.00) |

8. On information and belief, the approximate value of real estate is $108,512.00, per Debtor's Schedules;

9. The Chapter 13 plan herein provides for the cure of the default of said mortgage and maintenance of current payments during the pendency of the proceeding;

10. Pursuant to the plan, Debtor is to disburse the current monthly mortgage payments directly to Movant beginning with the first payment due after the filing of the Chapter 13 Bankruptcy (subject to periodic adjustment to due change in escrow, interest, etc);

11. Movant is entitled to relief from the automatic stay under 11 U.S.C. §362(d) for the following reasons:

(a) As of 5/16/2022, the Debtor is past due for the 1/1/2022, and all amounts coming due since that date. Any payments received after this date may not be reflected in this default;

(b) As of 5/16/2022, the total post-petition default through and including 5/1/2022, is $4,978.60, which includes a suspense credit of $600.00. Any payments received after this date may not be reflected in this default. This amount includes post-petition attorney fees in the amount of $1,238.00;

(c) On 6/1/2022, the default will increase to $5,846.72 and will continue to increase as additional amounts become due;

12. Said failure to make post-petition mortgage payments is sufficient grounds for relief from the automatic stay for cause pursuant to 11 U.S.C. Section 362(d) (1);

13. The Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Creditor requests this Court so order;

14. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding which are included in the calculation of any default figures quoted herein, including:

$1,050.00 for Preparation of Notice and Motion for Relief from the Automatic Stay, and prosecution of same

$188.00 for Court filing fee

15. Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

**WHEREFORE,** U.S. Bank National Association its principals, agents, successors and/or assigns prays this Court enter an Order pursuant to 11 U.S.C. §362(d) modifying the automatic stay of this proceeding, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this May 31, 2022.

Respectfully Submitted,

CODILIS & ASSOCIATES, P.C.

By: /s/ Joel P. Fonferko

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
MaryAnn G. Black #59899MO
**CODILIS & ASSOCIATES, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

NOTE: This law firm is a debt collector.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS (EAST ST LOUIS)**

| | |
|---|---|
| IN RE:<br><br>MATTHEW BRANDON BOHNENSTIEHL<br>AKA MATTHEW B BOHNENSTIEHL<br>AKA MATTHEW BOHNENSTIEHL<br>AKA MATT BOHNENSTIEHL<br>                                            Debtor, | Case No.  21-30123-lkg<br><br>Chapter 13<br><br>Judge Laura K. Grandy |
| U.S. BANK NATIONAL ASSOCIATION<br>                                              Movant,<br><br>MATTHEW BRANDON BOHNENSTIEHL<br>AKA MATTHEW B BOHNENSTIEHL<br>AKA MATTHEW BOHNENSTIEHL<br>AKA MATT BOHNENSTIEHL, DEBTOR,<br>RUSSELL C SIMON, CHAPTER 13<br>TRUSTEE,<br>                                            Respondents. | |

**STATEMENT OF PARTIES THAT MAY HAVE**
**AN INTEREST IN THE SUBJECT PROPERTY**

On information and belief, the following persons may have an interest in the subject property:

Russell C Simon, Chapter 13 Trustee

Dated this May 31, 2022.

                                                        /s/ Joel P. Fonferko
                                                          Attorney for Creditor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
MaryAnn G. Black #59899MO
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

NOTE: This law firm is a debt collector.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS (EAST ST LOUIS)**

| | |
|---|---|
| IN RE:<br><br>MATTHEW BRANDON BOHNENSTIEHL<br>AKA MATTHEW B BOHNENSTIEHL<br>AKA MATTHEW BOHNENSTIEHL<br>AKA MATT BOHNENSTIEHL<br>                                          Debtor, | Case No. 21-30123-lkg<br><br>Chapter 13<br><br>Judge Laura K. Grandy |
| U.S. BANK NATIONAL ASSOCIATION<br>                                          Movant,<br><br>MATTHEW BRANDON BOHNENSTIEHL<br>AKA MATTHEW B BOHNENSTIEHL<br>AKA MATTHEW BOHNENSTIEHL<br>AKA MATT BOHNENSTIEHL, DEBTOR,<br>RUSSELL C SIMON, CHAPTER 13<br>TRUSTEE,<br>                                        Respondents. | |

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on May 31, 2022 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on May 31, 2022.

Russell C Simon, Chapter 13 Trustee, 24 Bronze Pointe, Swansea, IL 62226 by electronic notice through ECF
Matthew Brandon Bohnenstiehl aka Matthew B Bohnenstiehl aka Matthew Bohnenstiehl aka Matt Bohnenstiehl, Debtor, 607 W. Washington St, O Fallon, IL 62269
Jerry D Graham, Jr, Attorney for Debtor, JD Graham PC, 1 Eagle Center, Suite 3A, O'Fallon, IL 62269 by electronic notice through ECF
United States Trustee, Becker Bldg, Room 1100, 401 Main St., Peoria, IL 61602 by electronic notice through ECF

                                                    /s/ Joel P. Fonferko
                                                      Attorney for Creditor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
MaryAnn G. Black #59899MO
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

NOTE: This law firm is a debt collector.