# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS (EAST ST LOUIS)

| | |
|---|---|
| **IN RE:** | |
| MATTHEW BRANDON BOHNENSTIEHL<br>AKA MATTHEW B BOHNENSTIEHL<br>AKA MATTHEW BOHNENSTIEHL<br>AKA MATT BOHNENSTIEHL | Case No.  21-30123-lkg<br><br>Chapter 13<br><br>Judge Laura K. Grandy |
| Debtor, | |
| U.S. BANK NATIONAL ASSOCIATION | |
| Movant, | |
| MATTHEW BRANDON BOHNENSTIEHL<br>AKA MATTHEW B BOHNENSTIEHL<br>AKA MATTHEW BOHNENSTIEHL<br>AKA MATT BOHNENSTIEHL, DEBTOR,<br>RUSSELL C SIMON, CHAPTER 13<br>TRUSTEE, | |
| Respondents. | |

### NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY, PROVISION DIRECTING RESPONSE THERETO, AND SETTING HEARING ON OBJECTIONS, IF ANY

**TO:** Russell C Simon, Chapter 13 Trustee, 24 Bronze Pointe, Swansea, IL 62226 by electronic notice through ECF
Matthew Brandon Bohnenstiehl aka Matthew B Bohnenstiehl aka Matthew Bohnenstiehl aka Matt Bohnenstiehl, Debtor, 607 W. Washington St, O Fallon, IL 62269
Jerry D Graham, Jr, Attorney for Debtor, JD Graham PC, 1 Eagle Center, Suite 3A, O'Fallon, IL 62269 by electronic notice through ECF
United States Trustee, Becker Bldg, Room 1100, 401 Main St., Peoria, IL 61602 by electronic notice through ECF

The above-captioned persons shall take notice that a motion or other request to lift the automatic stay in the above-captioned bankruptcy has been electronically transmitted on May 31, 2022, to the U.S. Bankruptcy Court for the Southern District of Illinois, Melvin Price Federal Building, 750 Missouri Avenue, East St. Louis, IL 62201.  A copy is attached hereto.

Any objection to the attached motion must be filed with the Court on or before the 14th of June, 2022, with a copy forwarded to moving counsel, **Codilis & Associates, P.C., 15W030 North Frontage Road, Suite 100, Burr Ridge, IL 60527.**

If no objections to the relief sought are timely filed, the Court will enter an Order granting the motion.

In the event an objection is filed, a preliminary hearing on the motion will be held before the Court **at 9:00am on June 21, 2022**, at U.S. Bankruptcy Court for the Southern District of Illinois, Melvin Price Federal Building, 750 Missouri Avenue, East St. Louis, IL 62201.

/s/ Joel P. Fonferko
**Attorney for Creditor**

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
MaryAnn G. Black #59899MO
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

NOTE: This law firm is a debt collector.