# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>MATTHEW BRANDON BOHNENSTIEHL,<br><br>Debtor. | In Proceedings<br>under Chapter 13<br><br>Bk. No.: 21-30123 |

## TRUSTEE'S MOTION TO DISMISS

**COMES NOW**, RUSSELL C. SIMON, Chapter 13 Trustee, and would respectfully show this court as follows:

1. The instant case was filed on February 25, 2021.

2. Debtor's Second Amended Plan was confirmed on August 19, 2021.

3. Said confirmed plan provided for the Debtor to pay the regular on-going mortgage payments on his home directly to US Bank, NA ("Creditor") rather than through the Trustee.

4. On May 31, 2022, Creditor filed a Motion for Relief alleging that Debtor was delinquent in his on-going mortgage payments in the amount of $4,978.60, or 5 monthly mortgage payments.

5. Under 11 U.S.C. § 1307(c)(6), a case may be dismissed "for cause," including a "material default by the debtor with respect to a term of a confirmed plan." Based upon the Motion filed by the Creditor, it appears that the Debtors failed to tender their monthly mortgage payments to the Creditor, as required by the terms of the confirmed plan. The Trustee asserts that this constitutes a material default of the confirmed plan warranting dismissal.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned prays this Honorable Court for an Order dismissing the instant case, and for all other relief the Court deem just and equitable.

/s/ Russell C. Simon
RUSSELL C. SIMON, Trustee
Chapter 13 Trustee
33 Bronze Pointe, Suite 110
Swansea, IL. 62226
Telephone: (618) 277-0086
Telecopier: (618) 234-0124

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above Motion to Dismiss has been served upon the Debtor, Debtor's counsel, and all parties in interest, as listed on the Court's mailing matrix, via facsimile, electronic mail, or first class mail, postage pre-paid, on this 3rd day of June, 2022.

Matthew Bohnenstiehl
607 W Washington St
OFallon, IL  62269

JD Graham
1 Eagle Center, Ste 3A
OFallon, IL  62269

/s/Carman W